IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES RANKIN, : | |
| : | |
| **Plaintiff** : | |
| : | CIVIL NO. 3:CV-11-2352 |
| v. : | |
| : | (Judge Caputo) |
| WARDEN B. A. BLEDSOE, *et al.*, : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this __31st__ day of **MAY, 2012**, upon review of the Complaint under 28 U.S.C. § 1915(e)(2)(B), it is ordered that:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (Doc. 3) is construed as a motion to proceed without full prepayment of fees and costs, and is GRANTED.

2. The claims against Warden Bledsoe, JL Norwood and David Young are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff's Motion for Counsel (Doc. 8) is denied without prejudice.

4. Plaintiff is afforded twenty-one (21) days from the date of this Order, to file an amended complaint, should he wish to do so, that must comply with this memorandum.

5. The Clerk of Court is directed to send Plaintiff two (2) copies of this court's civil-rights complaint form which Plaintiff shall use in preparing any amended complaint.

6. Failure to file an amended complaint will result in the dismissal of this action.

    /s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**