IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES RANKIN,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 3:11-CV-2352** |
| v. : | |
| : | **(Judge Caputo)** |
| **WARDEN B.A. BLEDSOE**, *et al.,* : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this **15th** day of **FEBRUARY**, **2018**, upon consideration of the parties' supplemental briefs addressing whether Mr. Rankin properly raised a negligent search claim in his Amended Complaint, it is **ORDERED** that:

1. Mr. Rankin failed to properly plead a negligent search claim in his Amended Complaint.

2. The Clerk of Court shall **CLOSE** this file.[2]

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**

---

[2] On October 5, 2015, the Court granted Defendant's motion for summary judgment as to Mr. Rankin's Federal Tort Claim related to his placement in the recreation unit on May 17, 2010 with inmates Reid and Glass. (ECF Nos. 59 and 60.)